UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SALVADOR RICO-RIVAS,<br><br>Petitioner,<br><br>v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>Respondents. | Case No. 3:23-cv-00288-MMD-CLB<br><br>ORDER |

Salvador Rico-Rivas has submitted a *pro se* petition for writ of habeas corpus, under 28 U.S.C. § 2254. (ECF No. 1-1.) He has not paid the $5.00 filing fee. While he has submitted the required completed financial certificate and inmate account statements (ECF No. 4), he has not filed an application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(2); LSR 1-2.[1]

This action therefore is subject to dismissal without prejudice as improperly commenced. However, it is unclear from the papers presented whether a dismissal without prejudice will materially affect a later analysis of any timeliness issue with respect to a new action.

///

///

///

///

///

---

[1] The Court notes that the financial certificate and account statements provided demonstrate that Rico-Rivas is able to pay the $5.00 filing fee. Based on the current information that the Court has, an application to proceed *in forma pauperis* would be denied.

1

It is therefore ordered that, within **30 days** of the date of this order, Petitioner must submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis.*

It is further ordered that failure to do so may result in the dismissal of this action without prejudice.

It is further ordered that the Clerk of Court retain the petition but not file it at this time.

DATED THIS 26th Day of July 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE