UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SALVADOR RICO-RIVAS,<br><br>Petitioner,<br><br>v.<br><br>NETHANJAH BREITENBACH, *et al*.,<br><br>Respondents. | Case No. 3:23-cv-00288-MMD-CLB<br><br>ORDER |

Petitioner Salvador Rico-Rivas seeks an extension of time to file an amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 12.) Appointed counsel for Rico-Rivas asks for an extension to June 19, 2024, for several reasons. She explains that she has calculated the statute of limitations as expiring on June 19, 2024. She has scheduled an in-person visit with Rico-Rivas and plans to hire an expert. She will be out on medical leave for eight weeks. Taking her upcoming work schedule into account, she states that she needs this significant extension. Respondents do not object.

The Court finds that an extension of time is warranted. Absent extraordinary circumstances, the Court is unlikely to grant any further extensions.

It is therefore ordered that Rico-Rivas' unopposed first motion for extension of time to file an amended petition (ECF No. 12) is granted. The deadline to file the amended petition is extended to June 19, 2024.

DATED THIS 31st day of January 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE