# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SALVADOR RICO-RIVAS, | Case No. 3:23-cv-00288-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

Respondents ask the Court for an extension of time to respond to Salvador Rico-Rivas' amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 20.) The Court finds that the extension is sought in good faith and not for the purpose of delay, and therefore, grants the extension.

It is therefore ordered that Respondents' unopposed second motion for extension of time to file a response to the amended petition (ECF No. 20) is granted *nunc pro tunc*. The deadline to respond is extended to November 18, 2024.

DATED THIS 8th Day of October 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE