UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SALVADOR RICO-RIVAS,<br><br>Petitioner,<br><br>v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>Respondents. | Case No. 3:23-cv-00288-MMD-CLB<br><br>ORDER |

Respondents ask the Court for an extension of time to respond to Salvador Rico-Rivas' amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 22.) The Court finds that the extension is sought in good faith and not for the purpose of delay, and therefore, grants the extension.

It is therefore ordered that Respondents' unopposed motion for extension of time to file a response to the amended petition (ECF No. 22) is granted *nunc pro tunc*. The deadline to respond is extended to December 2, 2024.

DATED THIS 20th Day of November 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE