UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SALVADOR RICO-RIVAS, | Case No. 3:23-cv-00288-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

Petitioner Salvador Rico-Rivas asks the Court for an extension of time to file an opposition to Respondents' motion to dismiss his amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 37.) The Court finds that the extension is sought in good faith and not for the purpose of delay, and therefore, grants the extension.

It is therefore ordered that Petitioner's unopposed motion for extension of time to file an opposition to the motion to dismiss (ECF No. 37) is granted *nunc pro tunc*. The deadline to oppose is extended to February 18, 2025.

DATED THIS 3rd Day of January 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE