UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SALVADOR RICO-RIVAS, | Case No. 3:23-cv-00288-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

Petitioner Salvador Rico-Rivas asks the Court for a three-day extension of time to file an opposition to Respondents' motion to dismiss his amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 39.) The Court finds good cause exists to grant the motion.

It is therefore ordered that Petitioner's motion for extension of time to file an opposition to the motion to dismiss (ECF No. 39) is granted *nunc pro tunc*. The deadline to oppose is extended to February 21, 2025.

DATED THIS 19th Day of February 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE