# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SALVADOR RICO-RIVAS, | Case No. 3:23-cv-00288-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to file an answer to Salvador Rico-Rivas' 28 U.S.C. § 2254 Petition for a Writ of Habeas Corpus. (ECF No. 44.) The Court finds the request is made in good faith and not for the purposes of delay, and therefore, good cause exists to grant the extension.

It is therefore ordered that Respondents' unopposed Motion for Extension of Time to file an answer to the petition (ECF No. 44) is granted *nunc pro tunc*. The deadline is extended to December 26, 2025.

DATED THIS 28th Day of October 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE