# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SALVADOR RICO-RIVAS, | Case No. 3:23-cv-00288-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to file their answer to the first amended petition for writ of habeas corpus. (ECF No. 46.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed second motion for enlargement of time (ECF No. 46) is granted. Respondents have until February 12, 2026, to file their answer.

DATED THIS 6th Day of February 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE