# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

SALVADOR RICO-RIVAS,

                      Petitioner,

    v.

NETHANJAH BREITENBACH, *et al.*,

                      Respondents.

Case No. 3:23-cv-00288-MMD-CLB

ORDER

In this habeas matter, Respondents filed a request for extension of time to file their Answer to the Petition (ECF No. 50) and Petitioner filed a request for extension of time to file a Reply to the Answer (ECF No. 53). The Court finds the requests are made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motions. Fed. R. Civ. P. 6(b); LR IA 6-1. Due to the age of this case, counsel is directed to prioritize the briefing in this case over later-filed matters.

It is therefore ordered that Respondents' Unopposed Motion for Enlargement of Time to File Answer to First Amended Petition for Writ of Habeas Corpus (Third Request) (ECF No. 50) is granted. The Answer (ECF No. 52) is considered timely.

It is further ordered that Petitioner's Unopposed Motion for Extension of Time in Which to File Reply to Answer (First Request) (ECF No. 53) is granted. Petitioner has up to and including June 29, 2026 to file a Reply.

DATED THIS 1st Day of May 2026.

                MIRANDA M. DU
                UNITED STATES DISTRICT JUDGE