UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SALVADOR RICO-RIVAS,

                          Petitioner,

        v.

NETHANJAH BREITENBACH, *et al.*,

                          Respondents.

Case No. 3:23-cv-00288-MMD-CLB

ORDER

In this habeas matter, Petitioner Salvador Rico-Rivas filed a second unopposed request for a 60-day extension of time to file his reply to the answer to the petition (ECF No. 55). The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. Fed. R. Civ. P. 6(b); LR IA 6-1. Due to the age of this case and extensions of time already given, Rico-Rivas's counsel is directed to prioritize the completion of the reply brief over later-filed matters. Further extensions of time are unlikely to be granted absent compelling circumstances and a strong showing of good cause as to why counsel could not file a reply to the answer to the petition within the extended time allowed despite the exercise of due diligence.

It is therefore ordered that Petitioner's Unopposed Motion for Enlargement of Time to File Reply to Answer (Second Request) (ECF No. 55) is granted.

Petitioner has through August 28, 2026, to file a Reply.

DATED THIS 1st Day of July 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE